UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DRYWALL TAPERS, et al.,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>ASTORIA TAPING, INC.,<br><br>　　　　　　　　　　Defendant(s). | 23-CV-7505 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

In this action, Plaintiffs seek confirmation of an arbitral award. Defendant Astoria Taping, Inc., has been served via the New York Secretary of State but has not appeared. *See* Dkt. No. 6. An order issued October 16, 2023, scheduled an initial pre-trial conference for December 6, 2023. *See* Dkt. No. 7. That order required the parties to file a joint status letter and proposed case management plan no later than November 29, 2023. No such letter was filed.

It is hereby **ORDERED** that the December 6 conference is **CANCELLED**, because this is an action to confirm an arbitral award. By **December 5, 2023,** Plaintiffs shall file a letter describing their efforts to provide actual notice of this lawsuit to Defendant and proposing next steps in this litigation. Plaintiff shall serve this order on Defendant via Federal Express and file proof of service on ECF by **December 5, 2023**.

　　　　SO ORDERED.

Dated: November 30, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge